# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| KENDRA P. BRUCE, | |
| Plaintiff, | |
| v. | Case No. 3:20-cv-00426-S |
| PIONEER CREDIT RECOVERY, INC., | |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kendra Bruce and Defendant Pioneer Credit Recovery, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of the above matter with prejudice.  Both parties will bear their own fees and costs.

Dated:  December 4, 2020

| | |
|---|---|
| */s/ Nathan C. Volheim* | */s/Aliza Malouf* |
| Nathan C. Volheim | Aliza Malouf, Esq. |
| Bar No. 6302103 | Texas No. 24094811 |
| Admitted in the Northern District of Texas | Hunton, Andrews, Kurth LLP |
| Sulaiman Law Group, Ltd. | 1445 Ross Avenue, Suite 3700 |
| 2500 South Highland Ave., Suite 200 | Dallas, TX 75202 |
| Lombard, IL 60148 | Tel: 214-979-8229 |
| Tel. 630-568-3056 | amalouf@HuntonAK.com |
| nvolheim@sulaimanlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on December 4, 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
